FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 DEC -4 AM 9: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERROL ANTHONY ROY | CIVIL ACTION |
| VERSUS | NO. 09-6794 |
| ORLEANS PARISH SHERIFF'S OFFICE | SECTION "D"(4) |

## ORDER

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by plaintiff on November 25, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Errol Anthony Roy's 42 U.S.C. § 1983 claims against the defendants, the Orleans Parish Criminal Sheriff's Office, the Orleans Parish Prison, and the unidentified deputies and nurses, are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915 and 1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Roy's state law claims are **DISMISSED WITHOUT PREJUDICE** because this Court declines to exercise its supplemental jurisdiction under 28 U.S.C. § 1367.

New Orleans, Louisiana, this ___3___ day of ___Dec.___, 2009.

UNITED STATES DISTRICT JUDGE